(13)

In The United States FILED Court for the
District of Mississippi. Greenville MS

Cedric Dixon

US. City of Indianola P.D. Et. al.

Defendant(s)

No: 4:17CV93 SA-JMV
Judge: SA/JMV
Jury Trial Demanded

DAVID CREWS, CLERK
BY _____ Deputy
JUN 29 2017

## Jury Trial Demanded
## Complaint for Money Damages and Injunction

### 1. Jurisdiction

Plaintiff brings this lawsuit Pursuant to 42 U.S.C. 1983.
This Court has Jurisdiction under 28 U.S.C. §§ 1331 and
1343 (a)(3). Plaintiff also seeks a declartory Judgement
Pursuant to 28 U.S.C. § 2201. Because I want to give
Federal Court Jurisdiction to hear my claim that Ive
brought against State officials while they where
acting under color of State law when they violated
My rights. So, This court has Supplemental Jurisdiction over
Plaintiff's State-law Claims Pursuant to 28 U.S.C. § 1367.

### II. Venue

The U.S. District Court for the __Northern__ District of
Mississippi is an appropriate venue under 28 U.S.C. §
1391 (b)(2) because a substantial Part of the events
or omissions giving rise to claims occurred in this District.

Respectfully Submitted,

Cedric Dixon
P.O. Box 490 Parchman MS
38738
Unit 29-EF B-Zone A083

### Certificate of Service

I hereby certify a true motion to be filed by
Clerk of Court this the ____ day of ____ June 2017.
21

U.S. District Court
305 Main Street
Room 329
Greenville, MS 38701

**RECEIVED**

JUN 27 2017

Jane M. Virden
U. S. Magistrate Judge

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Cedric Dixon

**Plaintiff**

v.

CASE NO. 4:17CV93-SA-JMV

Indianola Police Dept. Et. Al.

**Defendant**

U.S.C 42. 1983 Civil Action

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

A. Legal name: Cedric Dixon

B. Name under which sentenced: Cedric Dixon

C. Inmate identification number: R2154

D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): Unit 29 E B-Zone 83 P.O. Box 490

E. Place of confinement: Parchman, MS 38738

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

Name: Bennie Milton

Title (Superintendent, Sheriff, etc.): Investigator

Defendant's mailing address (street or post office box number, city, state, ZIP): 300 2nd St. Indianola, MS 38751

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 2

| | |
|---|---|
| Name: | ① James Haywood |
| Title (Superintendent, Sheriff, etc.): | Sheriff of Sunflower Co. |
| Defendant's mailing address (street or post office box number, city, state, ZIP) | 1300 Allen Rd. |
| | Indianola, MS 38751 |
| Name: | Eddie Bounds |
| Title (Superintendent, Sheriff, etc.): | Jail Administrator S.C.S.O. |
| Defendant's mailing address (street or post office box number, city, state, ZIP) | 1300 Allen Rd. |
| | Indianola, MS 38753 |
| Name: | S. Caldwell |
| Title (Superintendent, Sheriff, etc.): | Police officer |
| Defendant's mailing address (street or post office box number, city, state, ZIP) | 802 E Grand Ave. |
| | Inverness MS 38753 |

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?     ☑ Yes          ☐ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

   Plaintiff(s): Cedric Dixon

   Defendant(s): Probation officer Tony Warren, M.D.O.C. Comm. Hall

   B. Court: Northern District U.S. District Court    C. Docket No.: _____

   D. Judge's Name: _____          E. Date suit filed: _____

   F. Date decided: _____          G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement?     ☑ Yes          ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).     ☐ Yes          ☑ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?    ☑ Yes    ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?    ☑ Yes    ☑ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I Cant file a grievance about a Police officer and Indianola police Dept. or Sheriff Dept. or Sheriff Haywood, or Jail Adminstrator Eddie Bounds. I filed grievance on tony warren and Jeffery Chillis conspiring with Bennie milton, and Eddie Bounds to falsely Imprison me. Serving fake warrents and Affidavits is what Eddie Bounds done, and He and Haywood Illegally detained me when my sentence had expired. Milton Illegally Searched and Seized me. Did not Investigate Domestic,

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

No one answered my grievance

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8.  If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

    _____

    _____

    _____

    _____

    _____

9.  Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

    Statement of Claim against Indianola Police Department and Bennie Milton is Illegal Search and Seizure, Due Process, Conspiracy, Obstructing Justice, Perjury, Dening Investigation, Denieng Bond, False arrest, And deliberent Indifferent to a Serious medical need. On 8-18-16 I received a text from Bennie Milton who Receives her assignments from Indianola Police department and under color of state laws violated my rights. she texted ME saying don't text her victim or I will be in Jail by Sun down. I asked who is her victim and how she got my phone no. Also I asked AM I under arrest or need to go to the Police dept. She Texted back no. During this course of texting I was in greenville. P.o. Tony warren text me to call him, and do what milton says or he will do what she tells him to do. My number 662-577-0098

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 5

10.   State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I request the court to Investigate what's going on and Have all parties Involved pay ~~monetary~~ monetary Damages for the Illegal arrests, Illegal acts, ~~and~~ ~~also~~ as this Honorable Court See fit. Also Jury Trial and Complaint for Money Damages and Injunction

This Complaint was executed at (location):   Mississippi State Penitentary

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date:   5-29-17

Cedric Dixon
Plaintiff's Signature

Continuation of Question 9

Approx. 8:00 P.M. Milton and three other Police officers Kicked my door in as I was walking to double Quick which is about 200 to three hundred feet from my house. The P.D. is across the street from Double Quick. I went to the P.D. To See why my Door got Kicked in, and about Milton texting my Phone. threating to lock me up. When I went inside and asked for the Chief I was locked up and Searched. Per Milton's orders. I went to Municipal Court 8-22-16, and was told by Judge McDaniel I'm arrested for Domestic Violence. I told McDaniel Milton Said I didn't have no Charges, and don't come to the Police Dept. It's Been over 72 Hours and no Investigation was Conducted. Milton Said my wife Said I beat her with a gun 8-18-16. There was no Investigation Conducted, no Hospital Record Since A Doctor have to Say if there was an assult. There are cameras on the street of alleged assult. Milton refused to review camera's as I told the Judge all of this. She tried to get me to be quiet about the cameras and her texting my Phone. Saying I don't have no warrants and don't go to the P.D. Milton told McDaniel she dried me but Tony warren told her to Put a hold on me. I asked The Judge How can another agency tell her to Put a hold on me. Also I never had Probation in Sunflower County, and my time expired in Washington County. I told the Judge I wanted to Submitt my Phone into Evidence to show Milton's and warren's text to Show the conspiracy and PerJury because milton said I was not under arrest But She lied. She Stood in open Court Stating she gonna do an Investigation. I had a Court date for 8-23-16 for domestic violence but never went.

( 1 )

Continuation of Question 9

When my family came to get my property
Eddie Bounds had taken my phones out my property
and put in his office. I asked Bounds why did
he take my phones to put in his office. He said
milton wanted to see my phones. I had my
Sister to go through my phones to look for
the text of milton but they were gone. (Before
I went to the police station I fowarded the texts
out my phone so I can use it as evidence.
Also on 8-18-16 at 10:00 a.m. when milton was
texing my phone I wasn't in Indianola. When my wife
lied on me I wasn't in Indianola. I will tell
the court where I was and the court can see
I'm telling the truth. I wont put it in here because
I Lae reads all my mail and call to alert the
P.o., police, and sheriff of my litigations.
Milton said to the Judge, warren had a hold/told her
to put a hold on me the 8-22-16 but the Illegal
warrant is Date 8-24-16 - 9-22-16 So I was Illeally
Detained. Please see Exhibits A, B, C, D, E, F, that warren
had Eddie Bounds to serve me 9-1-16 And 9-22-16.
I was denied medical by milton. She refused to take
me to the hospital or have I.P. D. take me Because
of the Bill. There was never an Investigation. I
never went to court, But milton and warren conspired
and had me sent to prison on a expired sentence.

(2)

*Continuation of Question 9*

Statement of Claim: Against Sunflower Co. Jail Admin. Sheriff Dept. and Sheriff James Haywood, Eddie Bounds Conspiracy, false Imprisonment, Obstructing Justice, and Deliberent Indifferent To a serious Medical need. On 8-18-16 Approxi. 8:30 or 9:00 P.m. I entered Sunflower county Sheriff Dept. with a injured right hand. I was denied medical assistance for 3 weeks. Jail Admin. Eddie Bounds kept telling me Indianola P.D. Have to get me medical help. Also I had a abset to Bust in my mouth and a wisdom tooth too that needed Pulling in which Rankin County eventually Pulled. On 8-22-16 Investigator Bennie Milton Claim she D-r'd me on the Domestic violence. But milton, Tony warren, James Haywood, and Eddie Bounds conspired to hold me in Sunflower Co. Jail with no Charge. I was never on Probation in Sunflower Co. 9-1-16 Eddie Bounds served me an Illegal warrant Exhibit A. Eddie Bounds deleted text messages out my Phone for Bennie Milton, and Tony warren. But upon going to IPD 8-18-16 I forward those texts out my Phones to other Phones to Show the conspiracy. I told Haywood of all this and my sentence been Expired in Sunflower Co. and washington Co. 9-22-16 Eddie Bounds served me another Illegal warrant and affidavit, they had a Sunflower Co. Deputy to transport me to washington Co. Jail as if I never was In Sunflower Co. Jail. Sheriff Haywood give assignments who Illegal held me in his Jail gave the orders to deny me medical Help. And gave Bounds orders to serve me Illegal warrants and Affidavits. Then transport me. They also refuses to send in the days I was in Jail So I get credit for which is 8-18-16 to 9-22-16. (3)

*Continuation of Question 9*

Statement of Claim: Against Inverness Police Dept. fnu Chief Carter , fnu Assistant chief Pates and officer S. Caldwell is wrongful arrest, Illegal Search and Seizure, Conspiracy, Abstructing Justice, and Deliberent Indifferent to a serious medical need, and defamation of Character. Inverness P.D. violated my rights under color of State law when Chief Carter and assistant chief Pates gave Officer S. Caldwell orders to Illegal Search and Seize me using excessive force by Twisting my Shoulder and Hand cuffing me from the Back. My Right Shoulder/ Rotater Cup has recently been Broken and 1½ inches have been cut off my bone giving me a limited range of motion. S. Caldwell arrest me from 610 Davis St. And Searched and Arrested me without a valid Search warrant and valid arrested that stated Cedric Dixon was to be Searched and Arrested on 7-23-16. However thats what happened. S. Caldwell arrested me for failure to obey the order of a Law Inforcement officer. It's Impossible to Charge me with that alone because She have to charge me with Something else to Show what order I disobeyed. However there is no other Charge. I have the arrest report as Evidence. On 7-24-16 officer Brockman came with a Simple assult charge with Some one else name on it at the top, But my name at the Bottom which is forging a document. S. Caldwell didn't call S.C.S.O. to State she was Bringing me in. Neither did She take me to the E.R.

(4.)

Continuation of Question 9

On 7-25-16 assistant Cheif Came to take me to Hull Brothers Clinic in which He Call Chief Carter about City of Inverness Paying my Doctors Bill. Pates told me to sign the Paper stating I will Pay when Caldwell heurt my Shoulder. I didn't sign the Paper. So Chief Carter told Pates to take me to Drew MS Jail which they do to Keep from Paying Doctor Bills. Because Eddie Bounds told them they have to get me out S.C.S.O. If they not taking me to the Dr. About 3:00 P.m. I arrived in Drew Jail when the administrator heard what was going on He wouldn't accept me In the Jail. So Pates call Chief Carter and the Judge of Inverness and O.r'd me to Keep from Paying my Dr. Bill which is a matter of Estellev. Gramble same rights as outside Patient was denied. On -9-19-16 I went to Court In Inverness an S.Caldwell never showed up the Charge was Dismissed So S.Caldwell and these Officers Scandlelized my Name and Charcter.

(5.)

Certificate of Service

I hereby certify a true and correct copy
to be filed by Hon. Clerk of Court this the
13 day of June 2017.

Respectfully Submitted,
Cedric Dixon #R2154
Unit 29 F-B-Zone #83
P.O. Box 470
Parchman, MS 38738

U.S. POSTAGE ›› PITNEY BOWES

ZIP 38738 $ 001.61[0]
02 1N
0001376701 JUN 24 2017

Cedric Dixon #R2154
Unit 29 F-B-Zone 83
P.O. Box 490
Parchman, MS 38738

**RECEIVED**

JUN 27 2017

Jane M. Virden
U. S. Magistrate Judge

U.S. District Court
Office of the Clerk
305 Main Street
Room 329
Greenville MS 38701

MISSISSIPPI STATE PENITENTIARY
INMATE LEGAL ASSISTANCE PROGRAM
POST OFFICE BOX 10
PARCHMAN, MS 38738

STATE POSTAGE PAID
INMATE LEGAL MAIL
MISSISSIPPI STATE PENITENTIARY
PARCHMAN, MISSISSIPPI 38738

THE ENCLOSED LETTER HAS NEITHER BEEN OPENED
NOR INSPECTED. IF THE WRITER ENCLOSES ANY
MATERIAL NOT PERTAINING TO LEGAL BUSINESS, OR
ENCLOSES CORRESPONDENCE FOR FORWARDING TO
ANOTHER ADDRESSEE, PLEASE RETURN THE
ENCLOSURE TO THE ABOVE ADDRESS