# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CEDRIC DIXON**                                                                        **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO.: 4:17CV93-SA-JMV**

**BENNIE MILTON, ET AL.**                                               **DEFENDANTS**

## FINAL JUDGMENT

On January 10, 2018, after free-world plaintiff Cedric Dixon failed to appear for his *Spears* hearing, United States Magistrate Judge Jane Virden issued a Report and Recommendation recommending that Dixon's complaint be dismissed for his failure to prosecute. Doc. #12. To date, Dixon has not responded to the Report and Recommendation, and more than fourteen days have elapsed since the Report and Recommendation was mailed to Dixon's last known address. The Court has reviewed the Report and Recommendation and has found no error.

Accordingly, it is **ORDERED** that the Report and Recommendation [12] is **ADOPTED** as the Order of the Court, and Dixon's complaint is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 29th day of January, 2018.

                                                            **/s/ Sharion Aycock**
                                                            **U.S. DISTRICT JUDGE**